# IN THE SUPREME COURT OF THE STATE OF NEVADA

IKEMEFULA CHARLES IBEABUCHI,
Appellant,
vs.
DAVID Z. CHESNOFF; RICHARD A.
SCHONFELD; THE LAW OFFICES OF
GOODMAN & CHESNOFF D/B/A
GOODMAN & CHESNOFF,
Respondents.

No. 63222

**FILED**

JAN 1 9 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed.[1] NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Adriana Escobar, District Judge
Ikemefula Charles Ibeabuchi
Chesnoff & Schonfeld
Eighth District Court Clerk

---

[1] In light of this order, all pending motions are denied as moot.